UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JASON NEWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01716-SEB-MG |
| | ) | |
| LAUNCH SERVICING LLC, | ) | |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NINA BUIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02085-MPB-MJD |
| | ) | |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY, | ) | |
| LAUNCH SERVICING LLC, | ) | |
| SIMM ASSOCIATES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GARRETT RUBLE, | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02197-SEB-TAB |
| | ) | |
| SOUTHERN NEW HAMPSHIRE UNIVERSITY, | ) | |
| LAUNCH SERVICING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| LEIGHANN FEATHERINGILL, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>SOUTHERN NEW HAMPSHIRE UNIVERSITY, )<br>LAUNCH SERVICING LLC, )<br>)<br>　　　　　Defendants. ) | No. 1:23-cv-02309-MPB-CSW |
| AMIRA MORGAN, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>SOUTHERN NEW HAMPSHIRE UNIVERSITY, )<br>LAUNCH SERVICING LLC, )<br>)<br>　　　　　Defendants. ) | No. 1:24-cv-00005-JMS-CSW |

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES**

This matter comes before the Court on Defendants' Unopposed Motion to Consolidate this cause of action pursuant to Federal Rule of Civil Procedures 42(a)(2) with four other cases currently pending before the Court: Case Numbers 1:23-cv-2085-MPB-MJD, 1:23-cv-2197-SEB-TAB, 1:23-cv-02309-MPB-CSW, and 1:24-cv-00005-JMS-CSW. Given the factual and legal overlap between the five cases, the Court finds that such consolidation is appropriate and the Unopposed Motion to Consolidate is **GRANTED**.

The action pending as Case No. 1:23-cv-1716-SEB-MG will now be the lead case number and all further proceedings in these consolidated matters will occur in Case No. 1:23-cv-1716-SEB-MG. The CLERK is DIRECTED to docket a copy of this Order in Case Numbers:

1:23-cv-2085-MPB-MJD, 1:23-cv-2197-SEB-TAB, 1:23-cv-02309-MPB-CSW, and 1:24-cv-00005-JMS-CSW. The Clerk is also DIRECTED to close these now consolidated cases.

To eliminate confusion of having multiple operative complaints, Plaintiffs are ORDERED to file a Consolidated Complaint on or before **February 7, 2024**. Counsel who are not already on the lead case's docket shall file their appearance.

Date: 1/25/2024

                                                    Mario Garcia
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

**Distribution via ECF to all counsel of record.**